**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**ERICA NAPOLITANO,**                                    **24-cv-8700 (JGK)**

                          **Plaintiff,**            <u>**ORDER**</u>

             **- against -**

**COMMISSIONER OF SOCIAL SECURITY**
**ADMINISTRATION,**

                          **Defendant.**

---

**JOHN G. KOELTL, District Judge:**

     The Court has reviewed the Report and Recommendation of

Magistrate Judge Robert Lehrburger dated December 12, 2025. No

objections have been filed and the time for objections has passed.

In any event, the Court finds that the Report and Recommendation

are thorough and well-reasoned and should be adopted. For the

reasons explained in the Report and Recommendation, the

plaintiff's motion is **granted**, the defendant's motion is **denied**,

and the action is **remanded** to the Commissioner.

**SO ORDERED.**
**Dated:    New York, New York**
           **December 30, 2025**

                                    /s/ John G. Koeltl
                          _____
                              **John G. Koeltl**
                       **United States District Judge**