**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
ERICA NAPOLITANO,

                            Plaintiff,                          24 **CIVIL** 8700 (JGK)

       -v-                                      **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY
ADMINSTRATION,

                            Defendant.
------------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated December 30, 2025, the Court has reviewed the Report and Recommendation of Magistrate Judge Robert Lehrburger dated December 12, 2025. No objections have been filed and the time for objections has passed. In any event, the Court finds that the Report and Recommendation are thorough and well-reasoned and should be adopted. For the reasons explained in the Report and Recommendation, the plaintiff's motion is granted, the defendant's motion is denied, and the action is remanded to the Commissioner.

**Dated:** New York, New York

      January 2, 2026

                                        **TAMMI M. HELLWIG**
                                      _____
                                         **Clerk of Court**

                                        *K. mango*
             **BY:**
                                        _____
                                         **Deputy Clerk**